**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UMG RECORDINGS, INC.**, a Delaware
corporation; **SONY BMG MUSIC
ENTERTAINMENT,** a Delaware general
partnership; **WARNER BROS. RECORDS INC.**,
a Delaware corporation; **ARISTA RECORDS LLC**,
a Delaware limited liability company; and
**CAPITOL RECORDS, INC.**, a Delaware corporation,

        **Plaintiffs,**

v.                                           Case No. 3:04cv451/RV/MD

**MIKE LABRAKE**

        **Defendant.**
_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before the Court on Plaintiffs' Motion for Summary Judgment (doc. 37), the Court having reviewed the record and being fully advised finds that there are no genuine issues of material fact and that Plaintiffs are entitled to judgment as a matter of law.  Therefore, the motion is GRANTED.

The Court hereby awards Plaintiffs statutory damages in the amount of $7,500 and costs in the amount of $260.

Furthermore, Defendant shall be and hereby is ENJOINED from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce, (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of

Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

DONE AND ORDERED this 27th day of September, 2006.

/s/ *Roger Vinson*
**Roger Vinson**
**Senior United States District Judge**